UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09080-RGK-RAOx | Date | October 29, 2020 |
|---|---|---|---|
| Title | Razmik Bagumyan v. Rolls-Royce Motor Cars NA, LLC, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

The Court having stayed its order remanding this action to the Los Angeles County Superior Court given procedural defects upon removal, and Plaintiff failing to waive said procedural defects by October 27, 2020, this action is hereby REMANDED to Los Angeles County Superior Court, Case No. 20STCV16570 pursuant to the Court's ruling in the Order dated October 20, 2020 [9].

IT IS SO ORDERED.

:

Initials of Preparer   jre